

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

September 13, 1977

Honorable James M. Allison
County Attorney
Tyler County
Woodville, Texas    75979

Opinion No. H- 1052

Re:  Whether a county may
continue to levy a $.10
per $100.00 assessment for
road purposes when the
county road districts have
no outstanding bonded in-
debtedness.

Dear Mr. Allison:

You have requested our opinion concerning the authority
of a county to levy a tax for road purposes when the county
road districts have no outstanding bonded indebtedness.  You
explain that certain road districts were created in Tyler
County by special statute but that the bonds issued pursuant
to article 3, section 52 of the Texas Constitution and
article 752a, V.T.C.S., have been retired.  You further
explain that the county is continuing to levy a $.10 per
$100.00 assessment for road purposes pursuant to article 6790,
V.T.C.S.

Article 8, section 9 of the Texas Constitution author-
izes the Commissioners Court to levy up to $.80 per $100.00
for several purposes, including maintenance of roads and
bridges.  That section further authorizes the Legislature to
provide for an additional $.15 per $100.00 assessment for
roads and bridges upon an election by the property taxpaying
voters of the county, which authorization has been implemented
through article 6790, V.T.C.S.

It is well established that the taxes authorized by
article 8, section 9 are independent of those authorized for
the payment of bonded indebtedness under article 3, section 52.
San Saba County v. McGraw, 108 S.W.2d 200 (Tex. 1937); Aransas
County v. Coleman-Fulton Pasture Co., 191 S.W. 553 (Tex. 1917).
The authorizations of article 8, section 9 are not dependent
upon the existence of bonded indebtedness.  Since you have

Honorable James M. Allison - Page 2  (H-1052)


informed us that the taxes at issue were authorized in accordance with article 6790, in our opinion the county may collect the tax even though there exists no bonded indebtedness.

### S U M M A R Y

A county may assess a tax for roads and bridges pursuant to article 6790, V.T.C.S., where there is no outstanding bonded indebtedness pertaining to the county roads.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst